# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DENISE LONGO,

        Plaintiff,

  v.

KEYBANK NATIONAL ASSOCIATION, erroneously sued as KEY BANK, INC.,

        Defendant.

C13-1355 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    KeyBank National Association's motion for summary judgment, docket no. 29, is GRANTED.  The Court will issue a separate order explaining its reasoning.

     (2)    The trial date of September 15, 2014, and all remaining dates and deadlines in this matter are STRICKEN.

     (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 29th day of July, 2014.

                                William M. McCool
                              Clerk

                              s/Claudia Hawney
                              Deputy Clerk

MINUTE ORDER - 1